# TOTALL METAL RECYCLING, INC.

2700 Missouri Avenue  
Granite City, Illinois 62040  

Phone 866-470-5763  
Fax   618-877-0597  
www.tmrusa.com

 ISO 9001 Registered
 ISO 14001 Registered

**Purchase Contract No. 53115**

| Buyer: | Dennis Meyer |
|---|---|
| Supplier: | ARMY - Fort Irwin |
| | Langeford Lake Southloop Rd., Bldg 506 |
| | Ft. Irwin, CA  92310 |

| Contract Date: | 2012-09-17 |
|---|---|
| Contact Person: | Kenneth Corbin |
| Contact Phone: | 7603804257 |
| Contact Fax: | |

| ID | Material Type | Weight(lbs) | Price(c/lb) | Terms | Pickup Point |
|---|---|---|---|---|---|
| 209261 | STEEL- AMMO CANS 50CAL- 5.3LBS | 4,608 | | | FOB Granite City |
| 209262 | 70/30 BRASS SHELL | 9,703 | | | FOB Granite City |
| 209263 | STEEL 81mm/60mm | 3,874 | | | FOB Granite City |

**Purchase Notes**  
Load #40 - Picked up 9/11/2012

SUBJECT TO TERMS AND CONDITIONS PER ATTACHED AND AS POSTED ON OUR WEBSITE  
Call our receiving office to make appointment in advance at 618-877-0589  
Fax Bill of Lading / Packing List Prior to arrival at 618-877-0961

Please Sign to Confirm Contract and Return  
Via Fax: 618-877-0597  
TOTALL METAL RECYCLING, INC.

Totall Metal Recycling, Inc.                ARMY - Fort Irwin


EXHIBIT C