**DD FORM 1348-1A, JUL 1991   ISSUE RELEASE/RECEIPT DOCUMENT**

| 27. ADDITIONAL DATA | 26. RIC (4-6) UI (23-24) QTY (25-29) CON CODE (71) DIST (55-56) UP (74-80) | 25. NATIONAL STOCK NO & ADD (8-22) | 24. DOCUMENT NUMBER & SUFFIX (30-44) |
|---|---|---|---|

Ship From: W80WLH 2225-T001

60 & 81 MM SCRAP METAL

TOTAL METAL RECYCLING IS 100% RESPONSIBLE FOR LOAD.

(print name) RESENDEZ, MARC A

DRIVER'S SIGNATURE: [signature]

APPROVED FOR / BY
TORI B. SANDERS, CW2
ACCOUNTABLE OFFICER
[signature]

| 5. DOC DATE | 6. NMFC | 7. FRT RATE | 8. TYPE CARGO | 2. SHIP FROM NFC, ASP W80WLH 7600 ASP RD FT. IRWIN, CA |
|---|---|---|---|---|
| 10. QTY. REC'D | 11. UP | 12. UNIT WEIGHT | 13. UNIT CUBE | 14. UFC | 15. SL |

16. FREIGHT CLASSIFICATION NOMENCLATURE
INERT - METAL STEEL

17. ITEM NOMENCLATURE
60 & 81 MM SCRAP METAL

| 18. TY CONT | 19. NO CONT | 20. TOTAL WEIGHT | 21. TOTAL CUBE |
|---|---|---|---|
| PLT | 2 | 1560 LBS | |

| 22. RECEIVED BY | 23. DATE RECEIVED |
|---|---|

3. SHIP TO ATK IOWA

4. MARK FOR

9. PS

UNIT PRICE DOLLARS | CTS    1. TOTAL PRICE DOLLARS | CTS

APD PE v1                                    PREVIOUS EDITION MAY BE USED

EXHIBIT D