IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIANA ORNELAS, as Administrator of the Estate of RODOLFO ROMO, Deceased, </br></br>Plaintiff,</br></br>vs.</br></br>THE UNITED STATES OF AMERICA,</br></br>Defendant,</br></br>vs.</br></br>TOTALL METAL RECYCLING, INC.</br></br>Third-Party Defendant. | Case No. 15-CV-547-SMY-SCW |

## 90 DAY ORDER

The Court has been notified that the parties have settled all of their respective claims in principal, subject to final approval by the Department of Justice. Accordingly, the parties shall file a motion/stipulation for dismissal within 90 days from the date of this Order. Should the parties fail to consummate settlement within 90 days, they may petition the Court to delay the dismissal. In the interim, the Court **VACATES** all deadlines and hearings and **MOOTS** all pending motions.

IT IS SO ORDERED.

DATED: December 30, 2016

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**