IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADRIANA ORNELAS, as Administrator of the Estate of RODOLFO ROMO, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil No. 15-CV-00547-SMY-SCW ) |
| THE UNITED STATES OF AMERICA and TOTALL METAL RECYCLING, INC., | ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF 90 DAY ORDER**

Defendant United States of America, by and through its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Assistant United States Attorneys David J. Pfeffer and Adam E. Hanna, now files this Unopposed Motion for a 45-day extension of the Court's 90 Day Order (Doc. 123). The parties are working diligently with regard to the proposed settlement, but additional time is needed. Accordingly, dismissal is not yet appropriate. The parties have conferred regarding the status, and undersigned counsel is authorized to represent that no party objects to extending the Court's 90 Day Order for an additional 45 days.

Accordingly, Defendant requests a 45-day extension of the Court's 90 Day Order.

Respectfully submitted,

**DONALD S. BOYCE**
**United States Attorney**

  *s/ David J. Pfeffer*
**DAVID J. PFEFFER**
**ADAM E. HANNA**
Assistant United States Attorneys
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
Phone: (618) 628-3700
Fax:    (618) 622-3810
Email: David.J.Pfeffer@usdoj.gov
            Adam.Hanna@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2017, he filed a copy of the foregoing

**UNOPPOSED MOTION FOR EXTENSION OF 90 DAY ORDER**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

**THOMAS Q. KEEFE, JR.**
**KELLY T. CROSBY**
Keefe, Keefe, & Unsell, PC
6 Executive Woods Ct.
Belleville, IL 62226
Debbie@tqkeefe.com
Kelly@tqkeefe.com

*Attorneys for Plaintiff*

**MICHAEL J. NESTER**
**JASON M. GOURLEY**
Donovan Rose Nester, PC
201 South Illinois Street
Belleville, Illinois 6220
mnester@drnpc.com
jgourley@drnpc.com

*Attorneys for Totall Metal Recycling*

**W. JEFFREY MUSKOPF**
**ANDREW C. SEIBER**
**DEAN HENKE**
SmithAmundsen, LLC
120 S. Central Ave., Ste. 700
St. Louis, MO 63105
jmuskopf@salawus.com
aseiber@salawus.com
dhenke@salawus.com

*Attorneys for Totall Metal Recycling*

　　　　　　　　　　　　　　　　　　　　　　　　__s/ David J. Pfeffer_____

2